BARTHOLOMEW FITZGERALD, Respondent, v. SCRANTON AND WYOMING

COAL COMPANY, INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.